**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50421 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-01736-GT |
| v. | |
| SANTOS TOLENTINO-AVILA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Gordon Thompson, District Judge, Presiding

Submitted April 5, 2011[**]

Before:     B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Santos Tolentino-Avila appeals from the 18-month sentence imposed

following his guilty-plea conviction for being a deported alien found in the United

States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C.

§ 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Tolentino-Avila contends that the district court procedurally erred by failing to address and consider his non-frivolous arguments in support of a lower sentence. The record reflects that the district court considered Tolentino-Avila's mitigating arguments regarding his personal history and future plans, but found the circumstances insufficient to warrant a sentence below the Guidelines range. *See United States v. Stoterau*, 524 F.3d 988, 999-1000 (9th Cir. 2008). The district court provided an adequate explanation for the sentence imposed, and did not otherwise procedurally err. *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

**AFFIRMED.**